**Samuel V. McGee et al., appellees, v. W. M. Vandeventer et al.,, appellants. Gen. No. 7,898.**

Temporary writ of injunction granted. Appeal from the Circuit Court of McDonough county; the Hon. George C. Hillyer, Judge, presiding. Heard in this court at the October term, 1925. Reversed. Opinion filed October 31, 1927.

Wilton M. Vandeventer, *pro se*, and Keefe, Baxter & Miller, for appellants. Oscar E. Carlstrom, Attorney General, Sherman, Bainum & Pree, Gumbart & Grigsby, O'Harra, O'Harra & O'Harra, Charles J. Scofield and Philip E. Elting, for appellees.

Per curiam.

---

# FOURTH DISTRICT.

---

**Floyd R. Sumpter, appellee, v. Pennsylvania Railroad Company, appellant.**

Action under Federal Employers' Liability Act for personal injuries. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. W. F. Borders, Judge, presiding. Heard in this court at the March term, 1927. Reversed and remanded. Opinion filed November 5, 1927.

Whitnel & Browning, for appellant. Beasley & Zulley, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

---

**A. H. Burns, appellee, v. William Fulton, appellant.**

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Circuit Court of Randolph county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1927. Reversed and remanded. Opinion filed November 5, 1927.

Schuwerk & Schuwerk, for appellant. J. Fred Gilster, for appellee.

Mr. Justice Newhall delivered the opinion of the court.

---

**R. F. Tunnell, appellee, v. Alton Brick Company, appellant.**

Action for damage to house from blasting. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the March term, 1927. Reversed and remanded. Opinion filed November 5, 1927.

Terry, Gueltig & Powell, for appellant. R. Ferd Tunnell, Jr., for appellee. .

Mr. Justice Williams delivered the opinion of the court.